IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02594-BNB

DAVID V. GREENING,

Plaintiff,

v.

[NO NAMED DEFENDANT],

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On December 5, 2007, Plaintiff David V. Greening submitted to the Court a *pro se* Letter in which he asserts claims about his conditions of confinement. At the time Plaintiff initiated the instant action, he was in the custody of the Colorado Department of Corrections and was incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado.

On December 13, 2007, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Greening to file his claims on a Court-approved form used in filing prisoner complaints and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The December 13, 2007, Order was returned to the Court, on January 14, 2008, marked "Attempted-Not Known." Pursuant to Rule 10.1M. of the Local Rules of

Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Mr. Greening now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 31 day of Jan, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 07-cv-002594-BNB

David Greening
Prisoner No. 127006
CTCF - CH 3
PO Box 1010
Cañon City, CO 81215- 1010

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/1/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk